Seyfarth Shaw LLP
Jonathan L. Brophy (SBN 245223)
jbrophy@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Timothy M. Rusche (SBN 230036)
trusche@seyfarth.com
Christopher Im (SBN 312838)
cim@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendants
ROHR, INC., HAMILTON SUNDSTRAND and
UNITED TECHNOLOGY CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MORGAN, an individual, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROHR, INC., a corporation; HAMILTON SUNDSTRAND, a corporation, d/b/a COLLINS AEROSPACE; UNITED TECHNOLOGY CORPORATION, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-at-350<br><br>(Solano Superior Court Case No. FCS052589)<br><br>**DECLARATION OF WILMA HARRIS IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Date Action Filed:   March 27, 2019 |

DECLARATION OF WILMA HARRIS IN SUPPORT OF REMOVAL

56368861v.1

## DECLARATION OF WILMA HARRIS

I, Wilma Harris, declare and state:

1. I have personal knowledge of the following facts and could and would testify competently if called to do so.

2. I am currently employed by Rohr, Inc. I have worked for Rohr, Inc., for over 32 years. My current role is as the Manager, HR Operations - Aerostructures.

3. In my current position, I have human resources oversight and responsibility for Rohr, Inc.

4. Based on my position, I also have a general knowledge of Rohr's operations throughout California. To this extent, I know that there are two Rohr, Inc., facilities in California, one in Riverside and the other in Chula Vista.

5. Based on my position, I have access, in the regular course of business, to the personnel and payroll records of the employees at both Rohr facilities, including those of Plaintiff Nathaniel Morgan. After reviewing these personnel and payroll records, I can competently testify to the following:

6. On or about December 15, 2014, Nathaniel Morgan began working for Rohr, Inc., as an Operations Specialist. Mr. Morgan's employment with Rohr was terminated on or about December 9, 2016.

7. All employees are required to keep their contact information current during their employment with Rohr. The last known address Rohr has on file for Mr. Morgan is one in El Cajon, California.

8. From about March 27, 2015 to about March 27, 2019, Rohr employed approximately 1,540 hourly non-exempt employees, including Mr. Morgan, in California.

9. The average hourly rate for Rohr's hourly non-exempt employees during this period is approximately $29.33.

10. The average overtime rate for Rohr's hourly non-exempt employees during this period is approximately $43.99.

DECLARATION OF WILMA HARRIS IN SUPPORT OF REMOVAL

56368861v.1

11. Since about March 27, 2016, Rohr terminated the employment of approximately 483 hourly non-exempt employees.

12. From about March 27, 2015 to about March 27, 2019, Rohr's hourly non-exempt employees worked approximately a combined 239,554 workweeks.

13. From about March 27, 2018 to about March 27, 2019, Rohr employed approximately 1,066 hourly non-exempt employees. These individuals worked a total of approximately 28,347 biweekly pay periods during this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30 day of April 2019, at Chula Vista, California.

*/s/ Wilma Harris*
Wilma Harris

2

DECLARATION OF WILMA HARRIS IN SUPPORT OF REMOVAL

56368861v 1