Seyfarth Shaw LLP
Jonathan L. Brophy (SBN 245223)
jbrophy@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Timothy M. Rusche (SBN 230036)
trusche@seyfarth.com
Christopher Im (SBN 312838)
cim@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendants
ROHR, INC., HAMILTON SUNDSTRAND and
UNITED TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MORGAN, an individual, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROHR, INC., a corporation; HAMILTON SUNDSTRAND, a corporation, d/b/a COLLINS AEROSPACE; UNITED TECHNOLOGY CORPORATION, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-at-350<br><br>(Solano Superior Court Case No. FCS052589)<br><br>**DECLARATION OF JACQUELINE MARTIN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Date Action Filed: March 27, 2019 |

# DECLARATION OF JACQUELINE MARTIN

I, Jacqueline Martin, declare and state:

1. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I would testify to each of the facts contained herein.

2. I am currently a Senior Manager, Entity Management for Collins Aerospace. In this capacity, I am familiar with the corporate citizenship, business structure, and operations for each of the Defendants: Rohr, Inc., Hamilton Sundstrand Corporation, and United Technologies Corporation. I also regularly have access to and have reviewed Rohr, Inc.'s and Hamilton Sundstrand Corporation's certificates of incorporation, which are maintained in the ordinary course of business under my direction and control. I also regularly have access to and have reviewed United Technologies Corporation's certificate of incorporation, which is available on United Technologies Corporation's website.

3. Hamilton Sundstrand Corporation is a Delaware corporation with its principal place of business located in Charlotte, North Carolina.

4. I hereby state the following as to the relevant time period, from 2015 up to the current date: (a) Hamilton Sundstrand Corporation is not and has never been incorporated in California; (b) Hamilton Sundstrand Corporation has not and has never maintained its principal place of business in California.

5. United Technologies Corporation is a Delaware corporation with its principal place of business located in Farmington, Connecticut.

1  6. I hereby state the following as to the relevant time period, from 2015 up to
2 the current date: (a) United Technologies Corporation is not and has never been
3 incorporated in California; (b) United Technologies Corporation has not and has never
4 maintained its principal place of business in California.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 3rd day of May 2019, at Windsor Locks, Connecticut.

_____
Jacqueline Martin