| | |
|---|---|
| 1 | Seyfarth Shaw LLP |
| 2 | Jonathan L. Brophy (SBN 245223)<br>jbrophy@seyfarth.com |
| 3 | 2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-3021 |
| 4 | Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 |

Seyfarth Shaw LLP
Jonathan L. Brophy (SBN 245223)
jbrophy@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Timothy M. Rusche (SBN 230036)
trusche@seyfarth.com
Christopher Im (SBN 312838)
cim@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendants
ROHR, INC., HAMILTON SUNDSTRAND and
UNITED TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MORGAN, an individual, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROHR, INC., a corporation; HAMILTON SUNDSTRAND, a corporation, d/b/a COLLINS AEROSPACE; UNITED TECHNOLOGY CORPORATION, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-at-350<br><br>(Solano Superior Court Case No. FCS052589)<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure Rule 7.1(a), Defendants Rohr, Inc., Hamilton Sundstrand Corporation and United Technologies Corporation, certify as follows:

1. Rohr, Inc. is wholly owned by United Technologies Corporation.

2. Hamilton Sundstrand Corporation is wholly-owned by United Technologies Corporation.

3. United Technologies Corporation has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED: May 6, 2019                          SEYFARTH SHAW LLP

                                            By: _____
                                            Timothy M. Rusche
                                            Jonathan L. Brophy
                                            Christopher Im

                                            Attorneys for Defendants
                                            ROHR, INC., HAMILTON SUNDSTRAND
                                            and UNITED TECHNOLOGY
                                            CORPORATION